

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2019

No. 04-19-00162-CV

**IN RE** Christina Marie **DIXON**

Original Mandamus Proceeding[1]

### ORDER

On March 21, 2019, relator filed a petition for writ of mandamus and the real party in interest responded. After reviewing the petition and the response, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable William Old is ORDERED to vacate his February 20, 2019 Order denying Christina Marie Dixon's Plea to the Jurisdiction and Motion to Dismiss Forum Non Conveniens and enter an order granting the plea to the jurisdiction within fifteen days of this order. The writ will issue only if we are notified that Judge Old has not complied within fifteen days from the date of this order.

It is so **ORDERED** on May 8, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 18-1670-CV-C, styled *In the Interest of I.R., a Child*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William Old presiding.